UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TYLER J. WHITHAM,

    Plaintiff,

v.                          Case No. 8:18-cv-513-T-33JSS

SALVATION ARMY,

    Defendant.
_____/

**ORDER**

This matter comes before the Court sua sponte. On March 5, 2018, Plaintiff Tyler Whitham filed a pro se Complaint against the Salvation Army. (Doc. # 1). In connection with his Complaint, Whitham filed applications to proceed in forma pauperis. (Doc. ## 2, 7). On April 26, 2018, the Magistrate Judge issued a Report and Recommendation recommending that the Complaint be dismissed without prejudice, with leave to amend, and recommending denial of in forma pauperis status. (Doc. # 10).

With no objection to the Report and Recommendation lodged, this Court adopted the Report and Recommendation on May 15, 2018. (Doc. # 12). The Court gave Whitham the opportunity to file an Amended Complaint by June 4, 2018, and explained that failure to file an Amended Complaint by that

1

date would result in the dismissal of the case and case closure. (Id. at 3).

Whitham failed to file an Amended Complaint, and the deadline for amendment as authorized by the Court has now passed. The Court accordingly dismisses his case without prejudice. The Clerk is directed to close the case.

Accordingly, it is

**ORDERED, ADJUDGED** and **DECREED:**

This case is **DISMISSED** without prejudice. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>6th</u> day of June, 2018.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE